1  Matt E.O. Finkelberg, State Bar No. 329503
   matt@dereksmithlaw.com
2  DEREK SMITH LAW GROUP, PLLC
   633 West 5th Street, Suite 3250
3  Los Angeles, CA 90071
   Telephone: (310) 602-6050
4  Facsimile: (310) 602-6350

5  Attorneys for Plaintiffs,
   STEPHANIE DE LA CRUZ and MIREYA RIVAS VIRGEN
6
7  Spencer C. Skeen CA Bar No. 182216
   spencer.skeen@ogletree.com
   Tim L. Johnson CA Bar No. 265794
8  tim.johnson@ogletree.com
   Jesse C. Ferrantella CA Bar No. 279131
9  jesse.ferrantella@ogletree.com
   Cameron O. Flynn CA Bar No. 301830
10 cameron.flynn@ogletree.com
   OGLETREE, DEAKINS, NASH,
11 SMOAK & STEWART, P.C.
   4370 La Jolla Village Drive, Suite 990
12 San Diego, CA  92122
   Telephone:  858-652-3100
13 Facsimile:   858-652-3101

14 Attorneys for Defendants

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

| STEPHANIE DE LA CRUZ AND MIREYA RIVAS VIRGEN on behalf of themselves and all others similarly situated | Case No. 2:20-cv-04558-DSF-KS |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ACTION** |
| v. | |
| HOMETOWN BUFFET, INC.; ALAMO BUFFETS PAYROLL, LLC; BUFFETS, LLC; VITANOVA BRANDS; FOOD MANAGEMENT PARTNERS, INC; LARRY HARRIS, individually; ALLEN JONES, individually, and JASON KEMP, individually, | District Judge:    Dale S. Fischer
Magistrate Judge: Karen L. Stevenson
Complaint Filed: May 21, 2020 |
| Defendant. | |

Joint Stipulation of Dismissal of Action

Case No. 2:20-cv-04558-DSF-KS
JOINT STIPULATION FOR DISMISSAL OF ACTION

|    |    |
|----|----|
| 1  | Plaintiffs STEPHANIE DE LA CRUZ and MIREYA RIVAS VIRGEN (collectively "Plaintiffs") and HOMETOWN BUFFET, INC.; ALAMO BUFFETS PAYROLL, LLC; BUFFETS, LLC; VITANOVA BRANDS; FOOD MANAGEMENT PARTNERS, INC.; LARRY HARRIS; ALLEN JONES; and JASON KEMP ("Defendants") (collectively, the "Parties"), by and through their counsel of record, agree to dismiss this Action. |

On May 21, 2020, Plaintiffs filed the instant action, a putative wage-and-hour class and representative action. Dkt. No. 1. Other putative wage-and-hour class and representative actions with substantially similar claims were pending prior to Plaintiffs' filing of this action. *See, e.g., Gonzalez v Food Management Partner, Inc. et al*, case no.: 2:19-cv-08496 filed October 1, 2019.

After conferring with and engaging in negotiations with Defendants, Plaintiffs elected to solely pursue their individual claims, which the Parties have agreed to resolve. As a result, the Parties stipulate that the individual claims should be dismissed with prejudice. The Parties further stipulate that the class and presentative claims should be dismissed without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(ii).

No notice of any kind has been given to putative class members of this action or the claims made in this action and no notice of dismissal is necessary. Finkelberg Decl. ¶ 3.

DATED: December 1, 2020            DEREK SMITH LAW GROUP, PLLC

By: */s/ Matt E.O. Finkelberg*

Matt E.O. Finkelberg
Attorneys for Plaintiffs STEPHANIE DE LA CRUZ and MIREYA RIVAS VIRGEN

| | |
|---|---|
| DATED: December 1, 2020 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By: /s/ *Jesse C. Ferrantella*<br>Spencer C. Skeen<br>Tim L. Johnson<br>Jesse C. Ferrantella<br>Cameron O. Flynn<br>Attorneys for Defendants |

45027303.1