**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANIE DE LA CRUZ AND MIREYA RIVAS VIRGEN on behalf of themselves and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>HOMETOWN BUFFET, INC.; ALAMO BUFFETS PAYROLL, LLC; BUFFETS, LLC; VITANOVA BRANDS; FOOD MANAGEMENT PARTNERS, INC; LARRY HARRIS, individually; ALLEN JONES, individually, and JASON KEMP, individually,<br><br>Defendant. | Case No. 2:20-cv-04558-DSF-KS<br><br>**ORDER GRANTING DISMISSAL OF ACTION**<br><br><br>District Judge:   Dale S. Fischer<br>Magistrate Judge: Karen L. Stevenson<br><br>Complaint Filed: May 21, 2020 |

Having reviewed the Joint Stipulation for Dismissal of Action, and good cause appearing, the Court ORDERS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1. This action is dismissed in its entirety.

2. The individual claims of Stephanie De La Cruz and Mireya Rivas Virgen against Defendants are dismissed in their entirety with prejudice.

2. The putative class and representative claims against Defendants are dismissed in their entirety without prejudice.

3. Notice of dismissal is not required to be provided to the putative class.

4. Each Party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: December 2, 2020

_Dale S. Fischer_
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

renee1 docx